DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
HIGINIO CHAVEZ-ARZATE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:12-cr-00318 JAM |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS** |
| | ) **CONFERENCE; EXCLUDING TIME** |
| HIGINIO CHAVEZ-ARZATE, | ) |
| | ) Date:  October 30, 2012 |
| Defendant. | ) Time:  9:45 a.m. |
| _____ | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney NIRAV DESAI and Assistant Federal Defender JEFFREY L. STANIELS, attorney for HIGINIO CHAVEZ-ARZATE, that the status conference hearing date of October 30, 2012, be vacated, and the matter be set for status conference/change of plea on November 13, 2012, at 9:45 a.m.

The parties have agreed to a fast track plea agreement. Due to the temporary unavailability of defense counsel and his interpreter confirmation of the agreement did not reach government counsel in time for him to comply with the court's notice requirements with respect to its calendar.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 13, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and Local Code T4 based upon continuity of counsel. The parties also request that the court find that these reasons support a finding that the ends of justice served by continuing this case and re-calendaring it as requested outweigh the interests of the public and of the defendant in a speedy trial

DATED:  October 29, 2012  Respectfully submitted,

                          DANIEL J. BRODERICK
                          Federal Public Defender

                          /s/ JEFFREY L. STANIELS
                          JEFFREY L. STANIELS
                          Assistant Federal Defender
                          Attorney for HIGINIO CHAVEZ-ARZATE

DATED:  October 29, 2012     BENJAMIN WAGNER
                             United States Attorney

                             /s/ JEFFREY L. STANIELS for
                             NIRAV DESAI
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 30, 2012, status conference hearings be continued to November 13, 2012, at 9:45 a.m. Based on the representation of defense counsel and good cause

appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  It is ordered that time up to and including the November 13, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

By The Court,


Dated:  October 29, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

3